1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  CASEY O'NEILL (NYBN 4715363)
   Special Assistant United States Attorney

5

6  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113

7  Telephone: (408) 535-5080
   Fax:  (408) 535-5066

8  E-Mail:  Casey.O'Neill@usdoj.gov

9  Attorneys for the United States of America

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13  UNITED STATES OF AMERICA          )  CASE NO. CR 13-00688 LHK
                                      )
14       v.                          )  STIPULATION AND [PROPOSED] PROTECTIVE
                                      )  ORDER REGARDING DEFENSE RE-TESTING OF
15  JOSE AGUILAR,                     )  DRUG EXHIBIT
                                      )
16       Defendant.                   )
                                      )
17                                    )
                                      )
18  ——————————————————————————————————)

19       By stipulation of the parties, and pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E), the

20  Court ORDERS as follows:

21       The government shall allow the defense to:  (1) re-weigh the below-listed drug exhibits:

22       FBI Exhibit Number              DEA Laboratory Number

23       1B23                            7177557

24       1B24                            7178928

25

26  as reported in the Drug Enforcement Administration (DEA) Laboratory Reports, FBI Case Number

27  281D-SF-148719, dated July 18, 2013 and October 7, 2013 (Bates Nos. 000066-67); and (2) collect and

28  analyze a representative sample and re-analyze representative samples from the DEA composites of the

PROTECTIVE ORDER RE DRUG EXHIBITS
CR 13-00688 LHK                              1

1  exhibits to determine their nature and strength or purity, and if methamphetamine, calculated as the

2  hydrochloride salt form.

3      IT IS FURTHER ORDERED that within fourteen calendar days of the entry of this Order or as

4  soon as practicable thereafter an FBI Special Agent or Task Force Officer shall hand deliver the exhibits

5  to Bill Posey, DEA Registration No. RC0112095 at Central Valley Toxicology, Inc., 1580 Tollhouse

6  Road, Clovis, CA 93611 (the "defense expert," whom defense counsel represents has a current DEA

7  registration[1]);

8      IT IS FURTHER ORDERED that upon delivery of the materials to the defense expert, an FBI

9  Special Agent or Task Force Officer will remain present in the immediate area while the defense expert

10  weighs and removes representative samples from the exhibits.  Samples extracted from each exhibit

11  shall total not more than 500 mg and one sample taken and tested from each exhibit shall be taken from

12  the DEA composites of the exhibits previously tested (as will be so designated).  Upon completion of the

13  weighing of the materials and removal of the samples, the defense expert shall return the exhibits to the

14  FBI Special Agent or Task Force Officer in attendance;

15      IT IS FURTHER ORDERED that within fourteen calendar days of removing the representative

16  samples, the defense expert shall complete its analysis of the samples and shall return any portion of

17  those samples not consumed by testing to the DEA Western Regional Laboratory, 390 Main Street,

18  Room 700, San Francisco, CA 94105, via registered United States Mail, return receipt requested;

19      IT IS FURTHER ORDERED  that the defense expert, within fourteen calendar days of

20  completing its analysis of the representative samples, shall provide the government a Declaration Under

21  Penalty of Perjury pursuant to 28 U.S.C. § 1746, executed by the individual who conducted the analysis

22  or the head of the facility where the analysis occurred, which states:  (1) the quantity of the entire

23  exhibits weighed; and (2) either the weight of the remaining portions of the samples removed from the

24  exhibits, or a statement that all of the samples were consumed during testing;

25      IT IS FURTHER ORDERED, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(B), that

26  within thirty calendar days of completing its analysis of the representative samples, defense counsel will

27

28  [1] The government reserves the right to challenge the admissibility of any evidence the defense may seek to introduce at trial through, or pertaining to, this putative expert.

1   provide the government a copy of the results or report resulting from that analysis if the defendant

2   intends to use in his or her case-in-chief at trial or at sentencing the results, report, or any other evidence

3   pertaining to the analysis; and

4         IT IS FURTHER ORDERED that the defense expert is to safeguard the exhibits and any samples

5   removed, preserving the chain of custody in a manner faithfully to protect the integrity of the exhibits

6   and samples.  Any failure to follow the aforementioned procedures will render any form of evidence

7   pertaining to the defense analysis of the exhibits and samples scientifically unreliable and inadmissible.

8   Further, any failure, willful or not, by the defense to maintain the proper chain-of-custody will not

9   render inadmissible the exhibits and samples themselves or government evidence pertaining to those

10  materials.

11

12                                              MELINDA HAAG
                                                United States Attorney
13

14  Dated:  November 8, 2013

15                                              _____/s/_____
                                                CASEY O'NEILL
16                                              Special Assistant United States Attorney

17

18

19                                              _____/s/_____
    Dated:  November 8, 2013                    VARELL FULLER
20                                              Counsel for defendant Jose Aguilar

21

22        IT IS SO ORDERED that disclosure of the above-described materials shall be restricted as set
    forth above.
23

24

25  DATED: November 12, 2013

26                                              _____
                                                HON. LUCY H. KOH
27                                              United States District Judge
                                                Magistrate

28                                              HOWARD R. LLOYD

    PROTECTIVE ORDER RE DRUG EXHIBITS
    CR 13-00688 LHK                              3